RICH, Respondent, *v.* MAYER, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from city court, general term.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*M. A. Gearon,* for appellant. *A. P. Wagner,* for respondent.

No opinion. Judgment affirmed, with costs. For former report, see 7 N. Y. Supp. 69.

———

RICHMOND *et al.*, Respondents, *v.* DARIEN SHORT LINE R. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from city court, general term.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Marsten Niles,* for appellant. *A. P. W. Seaman,* for respondents.

No opinion. Order affirmed, with costs.

———

SCHULTZE *et al.*, Respondents, *v.* EXCHANGE PRINTING Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fourth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*C. De Hart Brower,* for appellant. *Hudspeth & Bruns,* for respondents.

No opinion. Ordered, that the judgment be modified for the amount actually delivered, and, as modified, affirmed, without costs of appeal to either party.

———

SIEMERS, Appellant, *v.* BAER, Respondent.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*M. L. Hollister,* for appellant. *F. Baker,* for respondent.

No opinion. Motion to dismiss appeal granted.

———

SIRE, Appellant, *v.* MERRICK, Respondent.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from first district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*J. Fromme,* for appellant. *J. Callahan,* for respondent.

No opinion. Final order affirmed, with costs. For former report, see 6 N. Y. Supp. 661.

———

SMALL, Respondent, *v.* KERRIGAN, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from seventh district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*P. C. Talman,* for appellant. *Livingston & Olcott,* for respondent.

No opinion. Judgment affirmed, with costs.